United States District Court
Southern District of Texas
**ENTERED**
February 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-024 |
| ARA GEVORGIAN, | § | |
| Respondent. | § | |

**ORDER**

Petitioner requests that the Court order the issuance and service of summons on Respondent Ara Gevorgian, pursuant to Federal Rule of Civil Procedure 4(c)(3). (Motion, Doc. 4) The Court finds that Petitioner has shown good cause for the request.

Accordingly, it is:

**ORDERED** that Petitioner's Motion for Issuance of Summons and Order Directing U.S. Marshal Office to Serve Summons and Petition (Doc. 4) is **GRANTED**;

**ORDERED** that the Clerk of Court issue a summons; and

**ORDERED** that, upon issuance of the summons, the U.S. Marshal's Service serve it and a copy of the Petition (Doc. 1) upon Respondent Ava Gevorgian and provide the Clerk of Court with proof of service.

Signed on February 22, 2021.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge