United States District Court
Southern District of Texas
**ENTERED**
March 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-24 |
| ARA GEVORGIAN, | § | |
| Respondent. | § | |

**ORDER**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Petitioner Department of Homeland Security, Immigration and Customs Enforcement dismisses all claims against Respondent Ara Gevorgian. (Stipulation, Doc. 8) Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment". The requirements of Rule 41(a)(1)(A)(i) have been met. The Stipulation dismisses this action without court order.

The Clerk of Court is directed to close this matter.

SIGNED this 12th day of March, 2021.

Fernando Rodriguez, Jr.
United States District Judge